DISTRICT OF CONNECTICUT

FILED

2003 DEC 17 P 12: 12

HELAINE BERESNER
Plaintiff

vs.

MOHAMED AL AMMAD and
YEHYA AHMAD ALMASARWA
Defendants

NO 3:03CV00279(WWE)

DECEMBER 10, 2003

**STIPULATION OF DISMISSAL**

The plaintiff and the defendants in the above matter hereby stipulation, pursuant to Rule 41 of the Federal Rules of Civil Procedure that this case be dismissed.

THE PLAINTIFF,
HELAINE BERESNER

By______________________

Howard A. Jacobs (ct04141)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, Connecticut 06503
Tel. No.: 203-772-3100/ Fax. No.: 203-772-1691
e-mail: hjacobs@jacobslaw.com

THE DEFENDANTS,
MOHAMED AL AMMAD and YEHYA AHMAD ALMASARWA

By______________________

Gary W. Hohenthal (ct04141)
Law Office of Larry R. Levine
10 Columbus Boulevard
Hartford, CT 06106
Tel. No.: 860-240-7470/ Fax. No.:
e-mail: