21

303cv279stipdism

DISTRICT OF CONNECTICUT

FILED

2003 DEC 17 P 12: 12

HELAINE BERESNER
Plaintiff

vs.

MOHAMED AL AMMAD and
YEHYA AHMAD ALMASARWA
Defendants

NO 3:03CV00279(WWE)

DECEMBER 10, 2003

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT 12/19/03

## STIPULATION OF DISMISSAL

The plaintiff and the defendants in the above matter hereby stipulation, pursuant to Rule 41 of the Federal Rules of Civil Procedure that this case be dismissed.

THE PLAINTIFF,
HELAINE BERESNER

By____________________
Howard A. Jacobs (ct04141)
JACOBS, GRUDBERG, BELT & DOW, P.C.
350 Orange Street
New Haven, Connecticut 06503
Tel. No.: 203-772-3100/ Fax. No.: 203-772-1691
e-mail: hjacobs@jacobslaw.com

FILED
2003 DEC 19 P 3:55

THE DEFENDANTS,
MOHAMED AL AMMAD and YEHYA AHMAD ALMASARWA

By____________________
Gary W. Hohenthal (ct04141)
Law Office of Larry R. Levine
10 Columbus Boulevard
Hartford, CT 06106
Tel. No.: 860-240-7470/ Fax. No.:
e-mail: